UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK D. BAXTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-12-159-TOR<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** and Defendant's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REVERSED** and **REMANDED** to the Commissioner for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 4th day of December, 2012.

                                              JAMES R. LARSEN
                                              District Court Executive/Clerk

                                     By:    s/Penny Lamb
                                                    Deputy Clerk

cc: all counsel